◼ BLUE RIDGE FARMS, INC., Appellant, v NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, Respondent. [667 NYS2d 307] —In an action to enjoin the New York City School Construction Authority from constructing an intermediate school on a certain parcel of property, the plaintiff appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated

June 23, 1995, which, *inter alia*, denied its motion for a preliminary injunction.

Ordered that the order is affirmed, with costs.

"To prevail on an application for preliminary injunctive relief, the moving party must demonstrate (1) a likelihood of ultimate success on the merits, (2) irreparable injury absent the granting of the preliminary injunction, and (3) that a balancing of the equities favors the movant's position" (*Zanghi v State of New York*, 204 AD2d 313, 314; *Aetna Ins. Co. v Capasso*, 75 NY2d 860, 862; *Anastasi v Majopon Realty Corp.*, 181 AD2d 706, 707). The Supreme Court properly determined that the plaintiff did not meet its burden of demonstrating a likelihood of success on the merits.

The plaintiff's remaining contentions are without merit. Rosenblatt, J. P., Joy, Florio and McGinity, JJ., concur.